STATE *ex rel.* HOWIE *v.* BRANTLEY.

[94 South. 793. In Banc. No. 19461.]

1. APPEAL AND ERROR. *Motion to reinstate cause involving right to hold office overruled when term of office claimed by petitioner expired.*

A petition and motion to reinstate a cause involving the right to hold an office will be overruled when the term of office claimed by the petitioner has already expired.

2. APPEAL AND ERROR. *Rights lost and wrongs perpetrated cannot be corrected in motion to reinstate cause.*

Rights already lost and wrongs already perpetrated cannot be corrected by this court in this manner.

APPEAL from circuit court of Hinds county.

HON. W. H. POTTER, Judge.

*Quo warranto* by the state, on the relation of J. H. Howie, district attorney, against Z. A. Brantley, Game and Fish Commissioner. From judgment in favor of Brantley, relator appealed, and the judgment was vacated. On motion to reinstate cause. Motion overruled.

*Green & Green,* for the motion.

*H. C. Holden,* assistant attorney-general, opposed.

SYKES, J., delivered the opinion of the court.

Z. A. Brantley by petition asked this court for a rehearing of the cause in which this court held that the initiative and referendum law was legally adopted and that the people under this law had voted to abolish the office of fish and game commissioner, which was held under appointment of the Governor by Brantley. The opinion of the court in this case appears in 113 Miss. 786, 74 So. 662, Ann. Cas. 1917E, 723.

Chapter 99, Laws of 1916, provided for the establishment of the department of game and fish and for the appointment of a state game and fish commissioner to hold office until the next general election in 1919. Under this law the petitioner was appointed to this office.

This motion must be overruled and the petition denied, because the term of office to which Brantley was appointed has long since expired. The questions therefore presented by this petition and motion have become academic. There is no practical question before this court for decision. Rights already lost and wrongs already perpetrated cannot be corrected by this court in this manner. *Lockard* v. *Hoy,* 113 Miss. 238, 74 So. 137; *Whidden* v. *Broaddus,* 108

Miss. 664, 67 So. 155; *Pafhausen* v. *State,* 94 Miss. 103, 47
So. 897; *McDaniel et al.* v. *Hurt et al.,* 92 Miss. 197, 41
So. 381.

*Motion Overruled.*